534 A.2d 755

**COMMONWEALTH of Pennsylvania**

v.

**Thomas HASHEM, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 13, 1987.

## ORDER

PER CURIAM.

Petition granted limited to the issue of the construction and application of section 5718 of the Wiretapping and Electronic Surveillance Control Act, 18 Pa.C.S. § 5718.